

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-24-00022-CV

_____

## IN RE MARCUS D'SHUN LEWIS

_____

## Original Proceeding

_____

**From the County Court at Law
Navarro County, Texas
Trial Court No. C22-30681-CV**

## MEMORANDUM OPINION

On January 25, 2024, Marcus D'Shun Lewis filed a "Petition for Writ of Mandamus for Preparation of Court Reporter's Records," requesting that this Court order the court reporter in the underlying case to provide him with a copy of the reporter's record. A court of appeals has no jurisdiction to issue a writ of mandamus against a court reporter except to protect or enforce its jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221. We therefore dismiss Lewis's "Petition for Writ of Mandamus for Preparation of Court Reporter's Records" for want of jurisdiction.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition dismissed
Opinion delivered and filed February 8, 2024
[OT06]

